WO

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   OCT 18 2007

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Maria Lopez,<br><br>    Defendant. | 07-8020MP-001-PHX-JRI<br><br><br><br>**ORDER** |

A detention hearing on the Petition on Probation were held on October 18, 2007.

**THE COURT FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 18th day of October, 2007.

Lawrence O. Anderson
United States Magistrate Judge